Date signed May 03, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 10-37562 |
| Ana Barazola, | Chapter 7 |
| Debtor. | |

## MEMORANDUM TO DEBTOR'S COUNSEL

Upon review of the Motion to Reopen Case (the "Motion"), the court advises Debtor's counsel that it will not act upon the Motion until the Certificate of Credit Counseling referenced therein is filed with the court.

cc:  Debtor
     Debtor's Counsel - Michael Patrick Bryant
     Chapter 7 Trustee

End of Memorandum